158

William McGuire, Minor, et al., by Fred McGuire, Their Next Friend, Plaintiffs in Error, v. Merchants State Bank of Centralia, Illinois Trustee, and E. T. Johnson, Defendants in Error.

(Abstract of Decision.)

Heard in this court at October term, 1939; opinion filed March 9, 1940; rehearing denied April 3, 1940. June C. Smith, Hugh V. Murray, Jr., and William C. Stephens, for plaintiffs in error; Green & Palmer, for defendant in error E. T. Johnson; Walter E. Will, Green & Palmer and Leal W. Reese, for applicants to intervene. Opinion by PRESIDING JUSTICE STONE. "Not to be published in full."